IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT STICKLER,

    Plaintiff,                    No. CIV S-08-0701 JAM DAD P

    vs.

BURKARD,

    Defendant.             ORDER

        On May 2, 2008, plaintiff requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of April 22, 2008. On May 8, 2008, plaintiff submitted his application; however, the form is not complete and has not been signed by an authorized officer at High Desert State Prison. In addition, plaintiff did not attach a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action. See 28 U.S.C. § 1915(a)(2). Plaintiff will be granted thirty days to submit a new application and a certified copy of his prison trust account statement for the relevant six-month period.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 2, 2008 request for an extension of time is granted;

2. Plaintiff's May 8, 2008 application to proceed in forma pauperis is denied as incomplete;

3. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis and a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action.  Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

4. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: May 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak/4
stic0701.36

2