THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELBERT STICKLER, | ) CIVIL NO. 2:08-00701 JMS |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF AN ) EXTENSION OF TIME |
| vs. | ) |
| BURKARD, | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME

On February 5, 2009, the court entered an Order Directing Service of Pro Se Prisoner Plaintiff Delbert Strickler's ("Plaintiff") Second Amended Complaint on Defendant Burkard ("February 5, 2009 Order"). The February 5, 2009 Order gave Plaintiff until March 9, 2009 to submit certain documents to the court or be subject to automatic dismissal of his claims. On March 9, 2009, Plaintiff filed a letter requesting an extension of time to submit the necessary documents to the court. Plaintiff does not identify how long of an extension he seeks.

The court GRANTS Plaintiff an extension of time until **April 9, 2009** to submit the documents identified in paragraph 3 of the February 5, 2009 Order to the court. Apart from the deadline for submitting these documents to the court, all other requirements of the February 5, 2009 Order stand. Plaintiff's failure to comply with either this Order or the February 5, 2009 Order may result in automatic dismissal of this action.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 11, 2009.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Stickler v. Burkard*, Civ. No. 2:08-00701 JMS, Order Granting Plaintiff an Extension of Time